IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.   03-D-2072 (CBS)

JOHN B. NEWELL,

    Plaintiff(s),

v.

WOODWARD GOVERNOR COMPANY,

    Defendant(s).

_____

**ORDER OF DISMISSAL**
_____

The parties have filed a Stipulated Motion for Dismissal with Prejudice on July 7, 2005.  After a careful review of the Motion and the file, the court concludes that the Motion should be granted and the case should be dismissed with prejudice. Accordingly, it is

ORDERED that the Stipulated Motion for Dismissal is GRANTED, and this case is DISMISSED WITH PREJUDICE, each party to pay their own costs and attorney's fees.

Dated:  July 12, 2005

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge